No. 824, October Term, 1942. METROPOLITAN-COLUM-BIA STOCKHOLDERS, INC., ET AL. *v.* CITY OF NEW YORK. October 11, 1943. The motion for leave to file a third petition for rehearing is denied.

No. 955, October Term, 1942. VALENTI *v.* UNITED STATES. October 11, 1943. The motion for leave to file petition for rehearing is denied. 319 U. S. 761.

No. 369, October Term, 1942. MARCONI WIRELESS TELEGRAPH Co. *v.* UNITED STATES. October 11, 1943.

No. 552, October Term, 1942. INTERSTATE TRANSIT LINES *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. 319 U. S. 590.

No. 608, October Term, 1942. DAVIS *v.* ARIZONA. October 11, 1943. 319 U. S. 775.

No. 628, October Term, 1942. INTERSTATE COMMERCE COMMISSION ET AL. *v.* COLUMBUS & GREENVILLE RAILWAY Co. October 11, 1943. 319 U. S. 551.

No. 698, October Term, 1942. BOONE *v.* LIGHTNER ET AL. October 11, 1943. 319 U. S. 561.

No. 707, October Term, 1942. FREEMAN *v.* BEE MACHINE Co., INC. October 11, 1943. 319 U. S. 448.

No. 709, October Term, 1942. VIRGINIA ELECTRIC & POWER Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 11, 1943. 319 U. S. 533.